UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:18-cv-01918-CJC-(AFM)** | Date: **March 13, 2019** |
| Title **Dwight R. Irvin v. State of California, et al.** | |

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

On February 1, 2019, the Court dismissed plaintiff's Complaint with leave to amend ("Order") and advised plaintiff that if he desired to pursue the action he should file a First Amended Complaint remedying the pleading deficiencies discussed in the Order by March 5, 2019. (ECF No. 15.) Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint.

Accordingly, on or before March 27, 2019, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint on or before March 27, 2019 shall discharge this order to show cause. Plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies identified in the Order, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |