# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT ROY IRVIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants. | Case No. 5:18-cv-01918-CJC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: May 8, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE